IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STATE OF WEST VIRGINIA,**

    **Plaintiff,**

    **v.**                                       **CIVIL NO. 2:24-CV-35**
                                                                                **(KLEEH)**

**JOHN W. CRITES, SR.,**

    **Defendant.**

### ORDER

Pursuant to 28 U.S.C. § 1455(b)(5), an evidentiary hearing is **SCHEDULED** for **December 19, 2024,** at **11:00 a.m.**, at the **Clarksburg**, West Virginia, point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and any unrepresented parties.

DATED: December 12, 2024

                                       */s/ Thomas S. Kleeh*
                                       THOMAS S. KLEEH, CHIEF JUDGE
                                       NORTHERN DISTRICT OF WEST VIRGINIA